**(July 11, 1961)**

In the Matter of IRVING M. GETNICK, Respondent, v. JOSEPH G. LEASE, Appellant.— Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

MAURICE S. LILLIEN, Appellant, v. PAUL F. DYER, Also Known as PAUL F. DWYER, Respondent.— Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD C. CURRY, Appellant.— Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.